UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17CR00297AGF |
| | ) | |
| DEVON N. GOLDING, M.D., | ) | |
| REUBEN F. GOODWIN, | ) | |
| PHILLIP L. JONES, | ) | |
| DWIGHT MCTIZIC, | ) | |
| NICOLE MCTIZIC, | ) | |
| KAZIM A. MEO, | ) | |
| REHAN RANA, and | ) | |
| AMS MEDICAL LABORATORY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the **jury trial or trials** in this matter as to defendants **Devon N. Golding, M.D., Reuben F. Goodwin, Phillip L. Jones, Dwight McTizic, Nicole McTizic, Kazim A. Meo, Rehan Rana and AMS Medical Laboratory, Inc.** is set for **Monday, August 6, 2018 at 9:00 a.m.** Following a ruling on the Report and Recommendation, the Court will determine the Order in which any severed trials will proceed.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 20th day of June, 2018.