UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17-CR-00297-AGF |
| ) | |
| DEVON N. GOLDING, REUBEN F. ) | |
| GOODWIN, PHILLIP L. JONES, DWIGHT ) | |
| MCTIZIC, NICOLE MCTIZIC, KAZIM A. ) | |
| MEO, REHAN RANA, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Government shall file a response to the Objections to the Report & Recommendation filed by Defendants Dwight McTizic and Rehan Rana no later than **Wednesday, July 18, 2018**.

Dated this 13th day of July, 2018.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE